IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-34M-MPT |
| JOSE D. BEZAREZ, | : |
| Defendant. | : |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Robert J. Prettyman, Assistant United States Attorney, as attorney of record for the United States and enter the appearance of Martin Meltzer, Special Assistant United States Attorney, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Martin Meltzer
Special Assistant United States Attorney

Dated:    March 5, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-34M-MPT |
| JOSE D. BEZAREZ, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 5th day of March, 2007, I caused to be electronically filed a **Substitution of Counsel And Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

> Eleni Kousoulis
> Assistant Federal Public Defender
> First Federal Plaza
> 704 King Street, Suite 110
> Wilmington, DE 19801

_____
Marie Steel
Legal Assistant