IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07- 39 UNA |
| JOSE D. BEZAREZ, | : |  |
| Defendant. | : | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about February 26, 2007, in the State and District of Delaware, the defendant, JOSE D. BEZAREZ, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Smith and Wesson revolver which contained six live rounds of Remington brand semi-jacketed ammunition, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year in the Superior Court in and for New Castle County Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Notice of Forfeiture

Upon conviction of the offense alleged in Count I of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. Section 924 and 28 U.S.C. Section 2461(c), the firearm and ammunition involved in the commission of the offense, including but not limited to the following:



FILED
MAR 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. Smith and Wesson revolver.

2. Six Round of Remington brand semi-jacketed ammunition.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: *[signature]*
Martin C. Meltzer
Special Assistant United States Attorney

Date: March 15, 2007