UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Jose D. Bezarez<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. CR 07-39 (JJF)

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *3/22/07* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *June 8, 2007* The time between the date of this order and *June 8, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C. 3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney