IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-039 JJF |
| JOSE D. BEZAREZ, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, on March 22, 2007, the above named Defendant entered a plea of not guilty to the charge pending against him in this Court;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, June 13, 2007 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and June 13, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

April 4, 2007
DATE

UNITED STATES DISTRICT JUDGE

FILED
APR 5 2007