IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-39-JJF |
| JOSE D. BEZAREZ, | : |
| Defendant. | : |

**MOTION TO DISMISS INDICTMENT**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer Special Assistant United States Attorney for the District of Delaware, hereby moves to dismiss the Indictment in the above-captioned case in the interests of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Martin C. Meltzer
Martin C. Meltzer
Sp. Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED: May 24, 2007

IT IS SO ORDERED this ___ day of May, 2007.

_____
HONORABLE JOSEPH J. FARNAN, Jr.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Martin C. Meltzer, hereby certify that I caused a copy of the foregoing Motion to Dismiss Indictment to be served this 24th day of May, 20007 on the following counsel in the manner indicated.

**BY CM/ECF**
Eleni Kousoulis
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com

Martin C. Meltzer